UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FRANCISCO MOROCHO TOABANDA,

       Petitioner,

v.                                    Case No. 3:26-cv-1143-MMH-LLL

WARDEN, FLORIDA BAKER
CORRECTIONAL INSTITUTE, et al.,

       Respondents.

_____

## ORDER

Petitioner's request for dismissal of his case (Doc. 5) is **GRANTED**. This case is **DISMISSED without prejudice**. The **Clerk** shall terminate any pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of May, 2026.

MARCIA MORALES HOWARD
United States District Judge

Jax-9 5/28
c:    Counsel of Record